Case 4:23-cv-02853   Document 7   Filed on 12/18/23 in TXSD   Page 1 of 2

United States District Court
Southern District of Texas
**ENTERED**
December 18, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| STERLING SHEPHERD, (SPN #2567674) Plaintiff, | § § § § § | CIVIL ACTION NO 4:23-cv-02853 |
| vs. | § § § | JUDGE CHARLES ESKRIDGE |
| HARRIS COUNTY SHERIFF'S OFFICE, *et al*, Defendants. | § § § § | |

### MEMORANDUM ON DISMISSAL

Before the Court is a civil rights complaint under 42 USC § 1983 filed by Sterling Shepherd. He filed his original complaint in August 2023, complaining of violations of his civil rights at the Harris County Jail.

The Clerk entered a notice of deficient pleading instructing plaintiff to file an application to proceed *in forma pauperis* or pay the filing fee of $402. He was advised that his complaint was otherwise subject to dismissal without prejudice for want of prosecution. He hasn't complied.

Under the inherent powers necessarily vested in a district court to manage its own affairs, this action is dismissed for want of prosecution. See FRCP 41(b); *Link v Wabash Railroad Co*, 370 US 626, 630–31 (1962); *Clofer v Perego*, 106 F3d 678, 679 (5th Cir 1997); James W. Moore, *et al*, 8 *Moore's Federal Practice* § 41.51(3)(b) & (e) (Matthew Bender 3d ed 2017).

The Court will grant relief upon a proper showing under Rule 60(b) of the Federal Rules of Civil Procedure. See *Link*, 370 US at 635.

The civil action filed by Plaintiff Sterling Shepherd is DISMISSED WITHOUT PREJUDICE for want of prosecution. Dkt 1.

His motion to proceed *in forma pauperis* is DENIED WITHOUT PREJUDICE. Dkt 2.

Any other pending motions are DENIED AS MOOT.

SO ORDERED.

Signed on December 18, 2023, at Houston, Texas.

Hon. Charles Eskridge
United States District Judge